IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SAID FOBLEY | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-450 |
| WARDEN, USP BEAUMONT | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, Said Fobley, an inmate confined at USP Beaumont, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

Background

Petitioner filed the above-referenced petition for writ of habeas corpus on October 20, 2022 (doc. # 1). On October 24, 2022, the undersigned ordered Petitioner to pay the $5.00 filing fee and/or submit an application to proceed *in forma pauperis* accompanied with a certified income trust statement for the preceding six month period (doc. # 2). The order also instructed the Clerk of Court to forward Petitioner a copy of the form application to proceed *in forma pauperis* for prisoners. As of this day, Petitioner has yet to pay the $5.00 filing and has failed to file an application to proceed *in forma pauperis*. This court has received no further communication from Petitioner.

Discussion

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Insurance Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*,

370 U.S. 626, 629 (1962)).

Petitioner has failed to comply with the order entered October 24, 2022, and has also to failed to otherwise correspond with the court. Petitioner has failed to diligently prosecute this case.

### Recommendation

This petitioner for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

### Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n.,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 7th day of December, 2022.

_____
Zack Hawthorn
United States Magistrate Judge